1 | **MORTGAGE RECOVERY LAW GROUP, LLP**
2 | PAUL A. LEVIN (State Bar No. 229077)
  | LAUREN M. GIBBS (State Bar No. 251569)
3 | 550 North Brand Boulevard, Suite 1100
4 | Glendale, California 91203
  | Telephone: (818) 630-7900 Facsimile: (818) 630-7920
5 | e-mail: plevin@themrlg.com, lgibbs@themrlg.com
6 |
  | **FEDERAL DEPOSIT INSURANCE CORPORATION**
7 | DOUGLAS T. HOFFMAN (to seek admission pro hac vice)
8 | 3501 Fairfax Avenue, Room B-7052
  | Arlington, VA 22226
9 | Telephone: (703) 516-5383
10 | e-mail: dohoffman@fdic.gov
11 | Attorneys for Plaintiff Federal Deposit
   | Insurance Corporation as Receiver
12 | for Washington Mutual Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, | Case No. 8:22-cv-01832 |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS' CIVIL COVER SHEET** |
| vs. | |
| GUILD MORTGAGE COMPANY LLC, a California limited liability company, | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE** that Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual ("Plaintiff") hereby provides notice of errata and correction as follows:

On October 6, 2022, Plaintiff filed its CIVIL CASE COVER SHEET. [Docket Entry 3.] Plaintiff's counsel inadvertently selected the REQUEST FOR CLERK TO ISSUE SUMMONS which was electronically filed with the Court via CM/ECF. This document had already been filed with the Court via CM/ECF. [Docket Entry 2.]

An amended and corrected CIVIL CASE COVER SHEET has been filed with the Court via CM/ECF. [Docket Entry 4.]

DATED: October 6, 2022

          MORTGAGE RECOVERY LAW GROUP, LLP

          By: /s/ Paul A. Levin
          Paul A. Levin
          Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank