James W. Brody (SBN 212967)
Robert Peter Weiss (SBN 118842)
**GARRIS HORN LLP**
7545 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (469) 731-3310
Facsimile (415) 680-1701
Email: jbrody@garrishorn.com
Email: rweiss@garrishorn.com

Attorneys for Defendant,
GUILD MORTGAGE COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY LLC., A California limited liability company,<br><br>Defendant. | CASE NO. 8:22-cv-01832-JDE<br><br>**DEFENDANT GUILD MORTGAGE COMPANY LLC'S NOTICE OF SERVICE OF DISCOVERY** |

Defendant GUILD MORTGAGE COMPANY LLC, through its counsel, gives notice of its service of DEFENDANT GUILD MORTGAGE COMPANY LLC'S DOCUMENT PRODUCTION AND PRIVILEGE LOG [SET ONE] which comprises the document production and privilege log electronically served upon all parties on August 15, 2023.

DATED:  August 15, 2023                                         GARRIS HORN LLP


                                                        By:   */s/ James W. Brody*
                                                                James W. Brody, Esq.
                                                                Attorneys for Defendant
                                                                GUILD MORTGAGE COMPANY LLC

- 1 -
DEFENDANT GUILD MORTGAGE COMPANY'S NOTICE OF SERVICE OF DISCOVERY

| | |
|---|---|
| CASE: *FDIC v. Guild Mortgage Company LLC* | CASE NO: 8:22-cv-01832-JDE |

**CERTIFICATE OF SERVICE**

I, Karen E. Hansell, declare as follows:

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred and my business address is 387 North Oak Street, Ukiah, CA 95418.

I hereby certify that on August 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following DM/ECF registrants:

| *Counsel for Plaintiff FDIC (Lead Attorney)*<br>Paul Andrew Levin<br>Mark Migdal & Hayden<br>80 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>Email: paul@markmigdal.com | *Counsel for Plaintiff FDIC – Pro Hac Vice*<br>Douglas T. Hoffman<br>Federal Deposit Insurance Corporation<br>3501 Fairfax Avenue, VS-E-7006<br>Arlington, VA 22226<br>Email: dohoffman@fdic.gov |
|---|---|
| *Counsel for Plaintiff FDIC*<br>Lauren M. Gibbs<br>Mark Migdal & Hayden<br>80 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>lauren@markmigdal.com.com | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 15, 2023, at Ukiah, California

By: ___*/s/ Karen E. Hansell*___
       Karen E. Hansell